# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131851

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENISE KAMISAR, Conservator
for Jennifer Ann Kamisar, a Minor,
       Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC., d/b/a
PROVIDENCE MATERNAL
FETAL DIAGNOSTIC CENTER,
and WILLIAM BLESSED, M.D.,
       Defendants-Appellants.

SC: 131851
COA: 268100
Oakland CC: 04-060136-NH

_____/

      On order of the Court, the application for leave to appeal the June 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
                 Clerk

11120